IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| QIANQIAN JIN, )<br>)<br>          Plaintiff, )<br>)<br>v. )<br>)<br>MANHUA.COM, *et al.*, )<br>)<br>          Defendants. )<br>_____) | Civil Action No. 1:16-cv-235 (AJT/MSN) |

## **ORDER**

This matter is before the Court on the Proposed Findings of Fact and Recommendations [Doc. No. 13] of the Magistrate Judge recommending that plaintiff's Motion for Entry of Default Judgment [Doc. No. 9] be granted and default judgment entered against certain defendants in favor of plaintiff. No objection to the Report and Recommendation has been filed. Having conducted a *de novo* review of the evidence in this case, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that plaintiff's Motion for Default Judgment [Doc. No. 9] be, and the same hereby is, GRANTED; and it is further

ORDERED that default judgment be, and the same hereby is, ENTERED against defendant domain names manhua.com, 5678.com, and 26266.com in favor of plaintiff; and it is further;

ORDERED that the remainder of plaintiff's claims be, and the same hereby are, DISMISSED without prejudice; and it is further

ORDERED that the Registry of Record, being Verisign or some other Registry, shall promptly change the registrar for the domain names manhua.com, 5678.com, and 26266.com as directed by plaintiff's counsel; and it is further

ORDERED that the registrar of the foregoing domain names shall place the same in the account as directed by plaintiff's counsel.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Federal Rule of Civil Procedure 58, and to forward copies of this Order to all counsel of record. Plaintiff is further directed to forward a copy of this Order to the registrants at the e-mail and postal addresses provided by the registrants to the registrars, and to file a certificate of service indicating the date those e-mail and postal mailings were sent.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
August 1, 2016